[No. 3,447.]

# THE PEOPLE OF THE STATE OF CALIFORNIA EX REL. JOHN L. LOVE, ATTORNEY GENERAL, v. THE BOARD OF SUPERVISORS OF THE CITY AND COUNTY OF SAN FRANCISCO.

CANCELLATION OF TAX ASSESSMENT. — The Board of Supervisors, sitting as a Board of Equalization, has no power to cancel an assessment for taxes placed by the Assessor upon the assessment roll.

APPLICATION to the Supreme Court for a writ of certiorari to the Board of Supervisors of the City and County of San Francisco.

The petition stated that said Board met as a Board of Equalization on the first Monday in July, 1872, and continued in session until August 6th, 1872, and that there had been assessed by the Assessor and placed on the assessment roll, among other property, the following:

Security Savings Bank—

| | |
|---|---|
| Amount of money..................................... | $9,734 33 |
| Value of personal property (solvent debts)... | $313,962 77 |

German Savings and Loan Society—

| | |
|---|---|
| Amount of money..................................... | $50,000 00 |
| Value of personal property (solvent debts)... | $2,629,021 00 |

Odd Fellows' Savings and Loan Society—

| | |
|---|---|
| Amount of money..................................... | $40,000 00 |
| Value of personal property (solvent debts)... | $3,080,793 00 |

Pacific Bank—

| | |
|---|---|
| Amount of money..................................... | $290,000 00 |

San Francisco Savings Union—

| | |
|---|---|
| Amount of money..................................... | $50,000 00 |
| Value of personal property (solvent debts)... | $4,227,940 00 |

Hibernia Savings and Loan Society—

| | |
|---|---|
| Amount of money..................................... | $150,000 00 |
| Value of personal property (solvent debts)... | $11,354,532 00 |

| | | |
|---|---:|---:|
| Masonic Savings and Loan Bank— | | |
| Amount of money.................................. | $20,000 | 00 |
| Value of personal property (solvent debts)... | $365,000 | 00 |
| Humboldt Savings and Loan Society— | | |
| Amount of money.................................. | $30,000 | 00 |
| Value of personal property (solvent debts)... | $507,303 | 00 |
| French Mutual Provident Savings and Loan Society. (La Societe Francaise d'Epargnes et de Prevoyance Mutuelle) | | |
| Amount of money.................................. | $82,000 | 00 |
| Value of personal property (solvent debts).. | $4,954,583 | 73 |
| Land Mortgage Union— | | |
| Amount of money.................................. | $33,907 | 00 |
| Savings and Loan Society— | | |
| Amount of money.................................. | $100,000 | 00 |
| Value of personal property (solvent debts)... | $7,968,740 | 40 |

That said Board on the last named day had made an order canceling said assessments, and that in pursuance of said order lines had been drawn across the same.

The petition alleged that the Board had exceeded its powers, and that unless the order was set aside the Tax Collector would not collect the taxes, and the State would be deprived of about one hundred and twenty thousand dollars of its revenue.

The answer did not deny the allegations of the petition, but set up applications made by the parties assessed to have the order made, which applications gave numerous reasons why it should be done, which it is unnecessary to notice, as the decision touches only the question of the power vested in the Board.

*John L. Love*, Attorney General, *Henry Edgerton*, and *Creed Haymond*, for the Writ.

*John W. Dwinelle, Alexander Campbell, Clement & Clement,* and *William M. Pierson,* for Respondents.

The Court made the following order:

The above entitled cause coming on to be heard on the 14th day of September, 1872, the said respondents having appeared by counsel, and having made return to the writ herein issued, and counsel for the respective parties having been heard, the said cause was thereupon taken under advisement by the Court.

And the Court being sufficiently advised, it is now, on this 16th day of September, 1872, ordered, adjudged, and decreed that the order of the said Board of Supervisors of the City and County of San Francisco, made and entered of record on the 6th of August, 1872, canceling, or assuming to cancel and set aside, the following described assessments, borne upon the assessment roll book of said city and county, then before the said Board, to wit:

"No. 4,573—Masonic Savings and Loan Bank, assessed at $365,000;

"No. 4,578—Savings and Loan Society, assessed at $7,-968,740 40;

"No. 4,577—Societe Francaise d'Epargnes, assessed at $4,-957,583 73;

"No. 4,571—German Savings and Loan Society, assessed at $2,629,021;

"No. 4,574—Odd Fellows' Savings Bank, assessed at $3,-080,793;

"No. 4,579—San Francisco Savings Union, assessed at $4,-227,940;

"No. 4,572—Hibernia Savings and Loan Society, assessed at $11,354,532;

"No. 4,157—Land Mortgage Union of California, assessed at $33,916;

"No. 4,294—Security Savings Bank, assessed at $313,-962 77;

"No. ——— —Humboldt Savings and Loan Society, assessed at $507,303;"

Was in excess of and without and beyond the jurisdiction of said Board of Supervisors, and is void in so far as by the said order the said Board of Supervisors canceled, or assumed to cancel, the said assessment so borne upon said assessment roll, and the said order, in so far as the same did cancel, or assume to cancel, strike from said roll and set aside the several assessments aforesaid, is hereby reversed, annulled, and set aside.